UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CR-45-1BR
No. 4:18-CV-154-BR


KINSTON CONGLES PITTMAN, JR.,    )
                )
        Petitioner,    )
                )
     v.          )        ORDER
                )
UNITED STATES OF AMERICA,    )
                )
        Respondent.    )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

This 5 September 2018.


_____
W. Earl Britt
Senior U.S. District Judge