UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-45-BR

| | |
|---|---|
| KINSTON CONGLES PITTMAN, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On February 7, 2019, the court held an evidentiary hearing on Petitioner's 28 U.S.C. § 2255 motion and allowed the parties 30 days to file supplemental evidence. [DE-64]. On March 6, 2019, Petitioner filed a notice of supplemental material. [DE-65]. Respondent shall have until **March 28, 2019** to file any response to the supplementation, and Petitioner shall have until **April 4, 2019** to file any reply.

SO ORDERED, this the _21_ day of March 2019.

Robert B. Jones, Jr.
United States Magistrate Judge